# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 08-0767 EGS |
| | * |
| **ARCHITECT OF THE CAPITOL** | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that the Summons and Complaint were served on May 7, 2008, to defendant Architect of the Capital, serve: **United States Attorney, Jeffrey A. Taylor, or his designated, representative, Judiciary Center Building, 555 Fourth Street, NW, Washington, DC 20530**, delivered by Certified Mail, "Return Receipt Requested" as evidenced by Exhibit "A"; of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By: /s/ Donna Williams Rucker .
Donna Williams Rucker, #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER                    *

                                                    * Civil Action No: 08-0767 EGS

    Plaintiff,
                                             *

v.
                                             *

ARCHITECT OF THE CAPITOL

                                           *

    Defendant.

## EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Jeffrey Taylor
or designated representative
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAY 0 7 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0002 1549 1694

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

3