## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 08-0767 EGS |
| | * |
| **ARCHITECT OF THE CAPITOL** | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that the Summons and Complaint were served on May 5, 2008, to defendant Architect of the Capital, serve: **Attorney General of the U.S., Michael B. Mukasey, or his designated representative, U.S. Department of Justice, 50 Pennsylvania Avenue, NW, Washington, DC  20530-0001,** delivered by Certified Mail, "Return Receipt Requested" as evidenced by Exhibit "A"; of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:    /s/ Donna Williams Rucker            .
Donna Williams Rucker, #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872    Facsimile

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER                    *

                                          * Civil Action No: 08-0767 EGS

    Plaintiff,

                                          *

v.

                                          *

ARCHITECT OF THE CAPITOL

                                          *

    Defendant.

EXHIBIT "A"

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of US. Michael or representative Mukasey
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 0 5 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2150 0002 1549 1687

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

3