UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCELLA RUCKER** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| v.                                       ) | Civil Action No.: 08-0767 (EGS) |
| ) | |
| **ARCHITECT OF THE CAPITOL,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**UNOPPOSED MOTION FOR AN EXTENSION TO ANSWER OR
RESPOND TO THE COMPLAINT**

Defendant respectfully submits this unopposed motion for an extension of time until August 15, 2008, to answer or respond to the Complaint. Defendant's answer is currently due on July 11, 2008. On July 9, 2008, the undersigned counsel informed Plaintiff's counsel, Donna Rucker, that she needed additional time to consult with agency counsel to prepare a response. Ms. Rucker did not oppose the extension. This is Defendant's first request for an extension.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCELLA RUCKER** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | Civil Action No.: 08-0767 (EGS) |
| ) | |
| **ARCHITECT OF THE CAPITOL,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File a Answer or Response to Plaintiff's Complaint, and the entire record herein, it is hereby Ordered that Defendant's Motion is Granted and Defendant's Answer or Response is due on or before August 15, 2008. .

_____

United States District Court Judge