**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PRISCILLA RUCKER** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | *    **Case No.: 08-0767 (EGS)** |
| | * |
| **ARCHITECT OF THE CAPITOL** | * |
| | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL
DISMISSAL OF COMPLAINT</u>**

NOW COMES, Plaintiff, Pricilla Rucker, by and through counsel, Donna Williams

Rucker and the law firm of DuBoff & Associates, Chartered and for pursuant to the Federal

Rules of Civil Procedure and the Local Rules of this Court and files this instant Response to

Defendant's Motion for Partial Dismissal of Complaint and further states as follows:

1.       Plaintiff filed her Complaint against the Architect of the Capitol including counts

of Reprisal – Harassment - Hostile Work Environment (Count 1), Sexual Harassment – Gender

Discrimination (Count 2), Intentional Infliction of Emotional Distress (Count 3), Negligence

(Count 4), and Negligent Supervision (Count 5).

2.       Defendant's Motion to Dismiss asks this Honorable Court to dismiss counts three

through five for failure to state a claim.

3.       In response to Defendant's Motion for Dismissal, Plaintiff seeks leave to file an

Amended Complaint in order to remove Counts III, IV, and V and to more fully comport with

the facts and law governing this case.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court Deny

Defendant's Motion to Dismiss, and Grant Plaintiff request for leave to file an Amended

Complaint and for such other and further relief as this Honorable Court deems just, necessary and appropriate.

Respectfully submitted,

By:     /s/ *Donna Williams Rucker*

Donna Williams Rucker, Esquire #446713
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Ste. 501
Silver Spring, Maryland 20910
(301) 495-3131     Office
(301) 587-1872     Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Response to Defendant's Motion for Partial Dismissal of Complaint was served via this Court's Electronic Filing System, this 22nd day of August, 2008, to: Blanche L. Bruce, Assistant United States Attorney – 555 4th Street, N.W., Room E4112, Washington, D.C. 20530.

/s/ *Donna Williams Rucker*

Donna Williams Rucker, Esquire

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRISCILLA RUCKER        *
                                  *

     **Plaintiff,**           *
                                    *

     **v.**                  *     **Case No.: 08-0767 (EGS)**
                                    *

ARCHITECT OF THE CAPITOL   *
                                    *

     **Defendant.**         *
  * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

       UPON CONSIDERATION of the Defendant's Motion for Partial Dismissal of

Complaint, Plaintiff's Response thereto, and the facts and law considered, it is this _____ day

of _____, 2008,

       ORDERED that Defendant's Motion for Partial Dismissal be and hereby is DENIED and

it is further;

       ORDERED that Plaintiff has up to and including the \_\_\_\_\_ day of _____, 2008

to file an Amended Complaint.

       SO ORDERED.

                           _____
                                  JUDGE
                     United States District Court for
                         the District of Columbia

Copies to:

Donna Williams Rucker, Esquire
Via electronic filing

Blanche L. Bruce, Assistant United States Attorney
Via electronic filing