UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCILLA RUCKER** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No.: 08-0767 (EGS) |
| ) | |
| **ARCHITECT OF THE CAPITOL,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR PARTIAL DISMISSAL OF COMPLAINT**

Plaintiff states in her response to Defendant's motion to dismiss that "Plaintiff seeks leave to file an Amended Complaint in order to remove Counts III, IV, and V and to more fully comport with the facts and law governing this case." (Pl. Rep. at ¶ 3). Defendant views that statement as a concession and that this Court should grant its motion for partial dismissal of the Complaint. Defendant, however, will not take a position on her request to file an Amended Complaint.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

Dated: August 29, 2008